947 A.2d 194

**COMMONWEALTH of Pennsylvania, Appellee**

v.

**Earl R. TOWNSEND, Appellant.**

Supreme Court of Pennsylvania.

Argued May 14, 2008.

Decided May 27, 2008.

Dean Walid Ibrahim, Esq., Ibrahim & McKillop, P.C., Doylestown, for Earl R. Townsend.

Michelle Ann Henry, Esq., Bucks County District Attorney's Office, Stephen B. Harris, Esq., Office of the District Attorney, Anthony C. Cappuccio, Esq., Laura Siegle, Esq., for Commonwealth of Pennsylvania.

Before: CASTILLE, C.J., and SAYLOR, EAKIN, BAER, TODD and MCCAFFERY, JJ.

574

## ORDER

PER CURIAM.

The appeal is dismissed as having been **IMPROVIDENT-LY GRANTED.**